IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:18-CR-00013-BRW

BERT WAYNE HOUSTON

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 33) is DENIED. Defendant asserts that the BOP has not properly calculated his earned good-time credit. To pursue this claim, Defendant must first file a grievance and, if rejected, exhaust his administrative remedies. If he is unsuccessful, he can then file a habeas petition. Only after these steps can the Court get involved.

IT IS SO ORDERED, this 18th day of April, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE